## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| In re: § | |
| § | CASE NO. 21-40195 |
| Daniel Dagoberto Garcia § | CHAPTER 13 |
| Parker Edwin Bachmann § | |
|    Debtors § | |
| Carvana, LLC § | CONTESTED MATTER |
| § | |
|    Respondent § | |
| v. § | |
| Daniel Dagoberto Garcia § | |
| Parker Edwin Bachmann, Debtors § | |
| Jonathan W. DeLoach, Trustee § | |
| § | |
| § | |

## OBJECTION TO CONFIRMATION

COMES NOW, Carvana, LLC (CARVANA) and makes and files its Objection to the Confirmation of the Debtor's Chapter 13 case for the reasons set forth below:

1.

CARVANA, holds a first priority lien on the Certificate of Title to the Debtor's 2016 Ford Explorer; VIN 1FM5K7B83GGD22009.

2.

The subject vehicle was purchased on 3/15/2021, which is within 910 days of the filing of the within case and should be paid in full pursuant to 11 U.S.C Section 1325(a)(9).

3.

The Debtor's plan estimates Carvana's claim in the amount of $24,000.00 with interest rate at 4.00% adequate monthly payments in the amount of $100.00, increasing to $450.00.

4.

Carvana is entitled to have its claim in the amount of $24,849.63 paid as fully secured. The contractual interest rate is 17.207%.

5.

The Debtor's proposed monthly payment and interest rate are insufficient to provide Carvana, with adequate protection.

THEREFORE, based upon the above and foregoing facts Carvana objects to the confirmation of the Debtor's Chapter 13 case.

This 11th day of May 2021

Respectfully Submitted

**/s/ Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Attorney for Respondent
180 Interstate N Parkway Suite 200
Atlanta, GA  30339
Phone: (404) 252-6385, Fax: (404) 252-6394
Email: rmaner@rbmlegal.com

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of **OBJECTION TO CONFIRMATION** electronically. Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

Daniel Dagoberto Garcia
147 Collins Drive
Columbus, GA 31903

Parker Edwin Bachmann
147 Collins Drive
Columbus, GA 31903

Valerie G. Long
Valerie G. Long, Attorney at Law
3006 University Avenue
Columbus, GA 31907

Jonathan W. DeLoach
Office of The Chapter 13 Trustee
P. O. Box 1907
Columbus, GA 31902

This May 11, 2021

**/s/ Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Attorney for Respondent
180 Interstate N Parkway Suite 200
Atlanta, GA  30339
Phone: (404) 252-6385, Fax: (404) 252-6394
Email: rmaner@rbmlegal.com

5/5/2021

ELT Printout without Account Information



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Carvana LLC

## Lien and Title Information

### Lienholder

| | |
|---|---|
| ELT Lien ID | 001101896845 |
| Lienholder | CARVANA LLC |
| Lienholder Address | |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 1FM5K7B83GGD22009 | Issuance Date | 4/28/2021 |
| Title Number | 770074213835962 | Received Date | 4/28/2021 |
| Title State | GA | ELT/Paper | ELECTRONIC |
| Year | 2016 | Odometer Reading | |
| Make | FORD | Branding | |
| Model | | | |
| Owner 1 | DANIEL DAGOBERTO GARCIA | | |
| Owner 2 | | | |
| Owner Address | 147 COLLINS DR<br>COLUMBUS, GA 319034103 | | |

**Printed:** Wednesday, May 5, 2021 7:43:34 AM PST